O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 0 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  SA17-0004M |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| ) | HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | (Allegations of Violations of Probation/ |
| ) | Supervised Release Conditions of |
| GLORIA MONIQUE GATLIN ) | Release) |
| ) | |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)   ( ✔   the appearance of defendant as required; and/or

(B)   ( ✔   the safety of any person or the community.

//

//

The court concludes:

A.    ( ✓ )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Defendant submits to detention._

_See to._

(B)    (  ✓ )   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_See above._

IT IS ORDERED that defendant be detained.

DATED:  January 10, 2017

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE